# Court of Appeals
# of the State of Georgia

ATLANTA,____May 21, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1661. RODNEY WILSON v. THE STATE.**

On April 10, 2015, Rodney Wilson filed this direct appeal from the trial court's March 10, 2015 order revoking his probation. We lack jurisdiction for two reasons.

First, an application for discretionary appeal is required to appeal a probation revocation order. OCGA § 5-6- 35 (a) (5); *Andrews v. State*, 276 Ga. App. 428, 431 (1) (623 SE2d 247) (2005). Wilson's failure to comply with the discretionary appeal procedure deprives this Court of jurisdiction to consider this appeal. In addition, a notice of appeal must be filed within 30 days after entry of the appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rocha v. State*, 287 Ga. App. 446 (1) (a) (651 SE2d 781) (2007). Because Wilson's notice of appeal was filed 31 days after entry of the judgment he wishes to appeal, it is untimely. This appeal is therefore DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____05/21/2015_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*